IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYLER TRAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| ) | |
| COUNTY OF LOGAN, LOGAN ) | |
| COUNTY SHERIFF MARK LANDERS, ) | |
| CAPTAIN MIKE BLOCK, AMY ) | |
| WOODRUM, LPN and ADVANCED ) | |
| CORRECTIONAL HEALTHCARE ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

THE DEFENDANTS, ADVANCED CORRECTIONAL HEALTHCARE and AMY WOODRUM, by their attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Eleventh Judicial Circuit, Logan County, Illinois, to the United States District Court for the Central District of Illinois.  In support, Defendants states:

1. On or about February 18, 2020, Plaintiff, TYLER TRAIL, filed a Complaint against Defendants in Logan County, Illinois.

2. Defendant AMY WOODRUM was served on March 10, 2020.  Copies of the Summons and Complaint served upon Defendant are attached as Exhibit 1.

3. Upon information and belief, Plaintiff is a resident and citizen of the State of Illinois.

4. Defendant ADVANCED CORRECTIONAL HEALTHCARE (ACH) is an Illinois corporation with its principal place of business in Peoria, Illinois.  Defendant AMY WOODRUM is a resident and citizen of Illinois employed by ACH at the Logan County Jail.

5. The claim alleged in Plaintiff's Complaint arises out of an occurrence in Lincoln, Logan County, Illinois.

      6.      This Court has jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331.  The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

          a.      Count I of Plaintiff's Complaint alleges violations of HIPAA and arises under federal law, Pub. L. 104-191. Stat. 1936.; and,

          b.      Count II of Plaintiff's Complaint for harassment related to the Prison Rape Elimination Act (PREA) and arises under federal law, PREA, P.L. 108-79; and,

          c.      Count III of Plaintiff's Complaint for privacy violations related to the Prison Rape Elimination Act (PREA) and arises under federal law, PREA, P.L. 108-79.

      7.      Defendant's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of service of Summons.

      8.      Theresa Powell of Heyl Royster on behalf of Logan County defendants consents to this removal.

      9.      Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal with the Clerk of the Circuit Court of Logan County, Illinois, thereby effecting removal to this Court.

WHEREFORE, the Defendants, ADVANCED CORRECTIONAL HEALTHCARE and AMY WOODRUM, pray that the above action now pending against it in the Circuit Court of Logan County, Illinois, be removed therefrom to this Court.

                          ADVANCED CORRECTIONAL HEALTHCARE
                          and AMY WOODRUM, Defendants

*s/Betsy A. Wirth*
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:   (217) 753-1133   Facsimile:   (217) 753-1180
E-mail:   bwirth@quinnjohnston.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system.

And I hereby certify that on March 24, 2020, I mailed a copy of this document by United States Postal Service to the following non-registered participant:

Tyler Trail
LOGAN COUNTY JAIL
Inmate Mail/Parcels
911 Pekin St
Lincoln, IL 62656

*s/Betsy A. Wirth*
Betsy A. Wirth (Illinois Bar No. 6298163)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:   (217) 753-1133
Facsimile:   (217) 753-1180
E-mail:   bwirth@quinnjohnston.com

4843-2690-7832, v. 1

# SUMMONS

IN THE CIRCUIT COURT OF LOGAN COUNTY, ILLINOIS
THE ELEVENTH JUDICIAL CIRCUIT

Tyler Trail

Plaintiff(s)

VS.

No. 20-MR-17

Amy Woodrum LPN
Advanced Correctional Healthcare 3922 W. Baring Trace Peoria, IL. 61615

Defendant(s)

To each of the above-named defendant(s):

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

Atten: E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office."

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS Mary Kelley, the Clerk of said Court, and the seal thereof, at Lincoln, Illinois this 24 day of Feb, 2020

Plaintiff's Attorney:
(or plaintiff, if he be not represented by attorney)

Tyler Trail

_____, Clerk

Address 911 Pekin St.
Telephone No. Lincoln, IL. 62656

Date of Service: _____ 20 ____
(To be inserted by officer on copy left with defendant or person)

## NOTICE TO DEFENDANTS

(1) Please see the Eleventh Judicial Circuit Rule 101 by visiting www.logancountyil.gov
(2) In any action for forcible detainer or for recovery of possession of tangible personal property, the summons shall be in the same form, but shall require each defendant to appear on a day specified in the summons not less than 7 or more than 40 days after the issuance of summons.
(3) If service is to be made under section 2 – 208 of the Code of Civil Procedure the return day shall be not less than 40 days or more than 60 days after the issuance of summons, and no default shall be taken until the expiration of 30 days after service.

**Exhibit 1**

IN THE CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
LINCOLN, LOGAN COUNTY, ILLINOIS

[COPY]

TYLER TRAIL,
    Petitioner,

VS.

County of Logan, Logan County Sheriff Mark Landers, Captain Mike Block, Amy Woodrum LPN (Advanced Correctional Healthcare 3922 W. Baring Trace, Peoria, IL. 61615), and Advanced Correctional Healthcare (3922 W. Baring Trace, Peoria, IL. 61615),
    Respondents.

Case NO: 2020-MR17

FILED
FEB 18 2020
Mary Kelley
Clerk of the Circuit Court
Logan County, Illinois

## PETITION TO SUE FOR SEXUAL HARASSMENT AND VIOLATION OF MEDICAL RIGHT TO PRIVACY

NOW COMES the Petitioner, Tyler Trail, and he has brought a 3 Count Complaint against the Respondents and the 3 Counts state as follows:

1.) That the Petitioner, Tyler Trail, is currently housed in the Logan County Safety Complex in the Jail portion of the Safety Complex on an unrelated matter.

2.) That the County of Logan does own and use property of Safety Complex for the Logan County Sheriff's Dept.

3.) That Sheriff Mark Landers is the Elected Official of the County of Logan and the County of Logan also pays his salary.

4.) That Sheriff Mark Landers is in charge of the Logan County Sheriff's Dept. and all policies enforced, created, and adhered as well as

(1)

the appointments of those who run the Jail Portion.

5.) That Sheriff Mark Landers appointed Captain Mike Block to run the Logan County Jail Portion of the Logan County Safety Complex which is also owned by Logan County who also pays the Salary of Captain Mike Block.

6.) That Amy Woodrum LPN works for Advanced Correctional Healthcare.

7.) That Amy Woodrum LPN and Advanced Correctional Healthcare provides services through contract with the County of Logan, Sheriff Mark Landers, and Captain Mike Block.

8.) That Petitioner's 3 Count Complaint states as follows:

A.) Count I: That on 11-25-19 the Petitioner was taken into the custody of the Logan County Sheriff Mark Landers, while in the holding cell with at least 3 other inmates: 1 he believed to be Christian Zurkhammer, 1 he believed to be Joshua Farnam, and 1 he knew to be Justin Babbit, the Petitioner was asked several questions relating to private Healthcare Information by the booking deputy Patrick Hoban. This because Sheriff Mark Landers, and Captain Mike Block as well as County of Logan have instituted policies where they offer no security for private Healthcare Information. The Deputy asked the Petitioner specific identifiable private Healthcare information such as his Hepatitis C Status at which point the Petitioner was forced to answer those questions in the presence of at least 3 other inmates and 2 deputies. Thereby

(2)

COPY

- Violating the Petitioner's Medical Right to Privacy by divulging private healthcare information to the others present during the questioning.

B.) Count II: That during the PREA exam approx: 14 days later, the Petitioner was forced to answer questions about prior sexual abuse that were asked by Amy Woodrum LPN in front of Officer Jim Crabtree due to the policy that all of the Respondents have where they refuse to acknowledge any type of medical privacy and did commit sexual harassment to the Petitioner by asking such questions in front of an officer in which the Petitioner couldn't even answer the questions truthfully which as a result led him to receive no treatment for his prior abuse. PREA conditions dictate that no information about prior abuses outside of the jail or institution not be divulged outside of the medical professional without consent given. Petitioner has given no such consent at any time. This incident sexually harassed and caused mental and emotional damage and undue stress.

C.) Count III: That during the PREA exam the Petitioner's medical right to privacy was violated by the regulations created by the Respondents.

9.) Respondents: County of Logan, Logan County Sheriff Mark Landers, and Captain Mike Black of the Logan County Sheriff's office are guilty of Counts 1-3 and have demonstrated a deliberate indifference

(3)

COPY

to the Petitioner as well as willful and wanton conduct in that they have allowed their policies to allow a sexually harassing environment, refuse to change such policies, refuse to acknowledge a need for medical right to privacy. PREA standards were set in 2013, there is no "plausible deniability" that could possibly exist for their blatant disregard or to explain it. They also do not require their medical provider Advanced Correctional Healthcare to adhere to any rules or code of conduct further displaying their willful and wanton conduct. Petitioner seeks remedy for damages in the following from Respondents $10,000.00 per count per Respondent ($90,000.00) total. Petitioner also seeks additional remedy of:

A.) Proper Medical and PREA privacy guidelines to be restructured by the respondents as soon as possible for but not limited to the Petitioner and a NON Sexually harassing environment.

10.) Respondents: Amy Woodrum LPN of Advanced Correctional Healthcare and Advanced Correctional Healthcare are guilty of Counts 2-3 and have demonstrated a deliberate indifference to the petitioner as well as willful and wanton conduct in that they have allowed their policies to allow a Sexually Harassing environment, refuse to change such policies, refuse to acknowledge a need for medical right to privacy. PREA Standards were set in 2013 there is no such excuse for their blatant disregard.

(4)

They follow no rules or code of conduct which further displays their willful and wanton conduct. Petitioner seeks remedy for Damages in the following amounts: $10,000.00 per count per Respondent ($40,000.00) total. Petitioner also seeks additional remedy of:

A.) Proper medical as well as proper PREA Privacy guidelines to be restructured by the respondents as soon as possible for but not limited to the Petitioner and a non sexually harassing environment for all.

WHEREFORE, the Petitioner, Tyler Trail, prays this Honorable Court will:
A.) Set deposition in this matter.
B.) Set cause over for trial at the Court's earliest convenience.
C.) Notify Respondents.
D.) Grant any such further Remedy this Court deems proper and necessary.

Respectfully Submitted,

███████████

Tyler Trail
911 Pekin St.
Lincoln, IL. 62656

OFFICIAL SEAL
THOMAS L. HENDRICKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUL. 01, 2023

(5)

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he caused copies of the foregoing PETITION TO SUE FOR SEXUAL HARASSMENT, MOTION TO SUE AS A POOR PERSON, MOTION TO HAVE ATTORNEY APPOINTED, and MOTION TO BE WRIT, and 10 SUMMONS to be delivered to the following party:

Circuit Clerk of Logan County
601 Broadway St.
Lincoln, Il. 62656

by handing said copies to: Sgt. TOMMY Hendricks at the Logan County Jail on: 2-18-2020.

Tyler Trail
911 Pekin St.
Lincoln, Il. 62656

OFFICIAL SEAL
THOMAS L. HENDRICKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUL. 01, 2023